TRIPP, Respondent, v. BOOTH, Appellant. (Supreme Court, Appellate Division, Third Department. September 25, 1903.) Action by Madison B. Tripp against David T. Booth. No opinion. Motion granted, unless the appellant has his case printed, served, and filed within 20 days from this date, and pays to the respondent $30 costs within said time, in which case motion denied, without costs.

TRIPP et al. v. HUNT et al. (Supreme Court, Appellate Division, Third Department. June 30, 1903.) Action by Daniel B. Tripp and others, as administrators with the will annexed of the estate of John L. Haviland, deceased, against Herman D. Hunt, as administrator of the estate of Mary S. Haviland, and the First National Bank of Cortland. No opinion. Judgment and order unanimously affirmed, with costs.

In re TURNER. (Supreme Court. Appellate Division, Fourth Department. July 7, 1903.) In the matter of the settlement of the accounts of Watson Turner as guardian of Earl M. Pinckney.

PER CURIAM. Motion granted, and decision heretofore made and filed by this court in above-entitled matter (80 N. Y. Supp. 573) amended by stating that the decree appealed from is reversed both upon questions of law and of fact, and also amended so as to state in detail the provisions of the decree to be entered by the Surrogate's Court of Herkimer county in accordance with the views and conclusions set forth in the opinion handed down by this court in the above-entitled matter, except that there be omitted any provision charging the above-named guardian with the sum of $665, received on sale of infant's real estate, with interest thereon; the same having been paid over under decree appealed from. The form of the order to be settled by and before HISCOCK, J., upon two days' notice.

UNDERWOOD, Respondent, v. INTERURBAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 6, 1903.) Action by Jennie Underwood against the Interurban Street Railway Company.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion to change place of trial granted, with $10 costs to abide event. Held, that at the time this action was commenced plaintiff resided within the county of New York, within the meaning of section 984 of the Code of Civil Procedure.

UNITED STATES ex rel. McALLISTER et al. v. FIDELITY & DEPOSIT CO. OF MARYLAND et al. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Proceeding by the United States of America, on the relation of James McAllister and others, against the Fidelity & Deposit Company of Maryland, impleaded with Joseph J. Churchyard. No opinion. Motion granted. Order to be resettled before WOODWARD, J.

UTLEY, Appellant, v. WEBB, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by Robert L. Utley against John W. Webb.

PER CURIAM. Judgment and order affirmed, with costs.

SPRING, J., dissents.

VALENTINE v. HAUSCHILD et al. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Charles H. Valentine against Edward Hauschild and another. No opinion. Order affirmed, with $10 costs and disbursements.

VILLAGE OF OXFORD, Respondent, v. WILLOUGHBY et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 9, 1903.) Action brought by the village of Oxford against William D. Willoughby, George B. Fletcher, and Frank T. Corbin. No opinion. Judgment unanimously affirmed, with costs.

In re WALSH. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) In the matter of the application of Robert Jay Walsh for admission to the bar. No opinion. Application granted.

WARTH, Respondent, v. KAHN, Appellant. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Apollonia Warth against Felix Kahn. No opinion. Order affirmed, with $10 costs and disbursements.

WARTH, Appellant, v. KASTRINER et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 2, 1903.) Action by Apollonia Warth against Jacob Kastriner and Charles Eiseman. No opinion. Order affirmed, with $10 costs and disbursements.

WAZINSKI v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. July 7, 1903.) Action by William Wazinski against the New York Central & Hudson River Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, and judgment ordered in favor of the defendant, with costs.

WEISSMAN, Respondent, v. WEISSMAN, Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1903.) Action by Isidore Weissman against Deborah Weissman. A. H. Sarasohn, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

WELLS, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 16, 1903.) Action by Henry E. Wells against the Metropolitan Street Railway Company. No opinion. Order affirmed, with $10 costs and disbursements.